IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| MANUEL RAUL REY PENA GARCIA MONTERO, a/k/a MANUEL RAUL REYES-PENA, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | No. CIV-14-617-C |
| CHIEF COMMANDER OF THE UNITED STATES/VICE PRESIDENT et ALL GOV OF STATES, | ) ) ) ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). On June 16, 2014, Judge Purcell entered a Report and Recommendation concluding that unless Plaintiff paid the initial filing fee as ordered, see 28 U.S.C. § 1915(g), the action should be dismissed without prejudice. Plaintiff has not filed an objection.

Accordingly, the Report and Recommendation is adopted, and this action is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of July, 2014.

ROBIN J. CAUTHRON
United States District Judge